B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Windsor Lake Estates, L.L.C. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>aka Ashdown Forest Estates, LLC, aka Fox Chase at Sparta,<br>L.L.C., aka The Estates at Fox Hollow Lake | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  EIN: 22-3644949 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |

| Street Address of Debtor (No. and Street, City, and State)<br>19 Windemere Way<br>Sparta, NJ | ZIPCODE<br>07871 | Street Address of Joint Debtor (No. and Street, City, and State | ZIPCODE |
|---|---|---|---|
| County of Residence or of the Principal Place of Business:<br>Sussex | | County of Residence or of the Principal Place of Business: | |
| Mailing Address of Debtor (if different from street address):<br>PO Box 78<br>Sparta, NJ | ZIPCODE<br>07871 | Mailing Address of Joint Debtor (if different from street address): | ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | | | ZIPCODE |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>Real Estate | ☐ Chapter 7      ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12      ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code) | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."      ☑ Debts are primarily business debts |

| Filing Fee (Check one box) | Check one box:      Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration.  See Official Form 3B. | ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)<br>☑ Debtor is not a small business as defined in 11 U.S.C. § 101(51D)<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*<br>Check all applicable boxes<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes, in accordance with  11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30386-302Y-03610

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Windsor Lake Estates, L.L.C.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: **N.A.** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)    Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.) |
| _____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord) |
| ☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30386-302Y-03610

| B1 (Official Form 1) (4/10) | Page 3 |
|---|---|

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | **Name of Debtor(s):** <br> Windsor Lake Estates, L.L.C. |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br><br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br><br><br> X _____ <br> Signature of Debtor <br><br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only **one** box.) <br><br> ☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached. <br><br> ☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> (Date) |

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X _____ <br> Signature of Attorney for Debtor(s) <br><br> RICHARD D. TRENK RT 6874 <br> Printed Name of Attorney for Debtor(s) <br><br> Trenk, Dipasquale, Webster, Della Fera, Sodono <br> Firm Name <br><br> 347 Mt. Pleasant Avenue, Suite 300 <br> Address <br><br> West Orange, NJ 07052 <br><br> 973-243-8600 <br> Telephone Number      e-mail <br><br> December 21, 2010 <br> Date <br><br> \*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> Address _____ <br> _____ <br> X _____ <br><br> Date _____ <br><br> Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above. <br><br> Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Authorized Individual <br><br> BRIAN PATRICK DELANEY <br> Printed Name of Authorized Individual <br><br> Sole Member of Windsor Lake Estates, L.L.C. <br> Title of Authorized Individual <br><br> December 21, 2010 <br> Date | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 30386-302Y-03610

## RESOLUTION OF SPECIAL MEETING OF
## BOARD OF DIRECTORS OF WINDSOR LAKE ESTATES, L.L.C.

I hereby certify that at a special meeting of the members of Windsor Lake Estates, L.L.C., held on the _21_ day of December 2010, the following resolution was proposed and unanimously adopted by all members present:

> "RESOLVED that, Windsor Lake Estates, L.L.C., its officers and members be and hereby are authorized to file a petition pursuant to Chapter 11 of the Bankruptcy Code and retain the services of the law firm Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C. for the purposes of preparing, filing, and prosecuting a petition under Chapter 11 and to take all steps necessary and related thereto, and that Brian Delaney is hereby authorized to execute the petition and any other pleadings or documents he and counsel deem necessary in connection with the Chapter 11 proceedings of Windsor Lake Estates, L.L.C."

In certification hereof, I do set my hand and seal this _21_ day of December 2010.

WINDSOR LAKE ESTATES, L.L.C.

By: _____
BRIAN DELANEY
Sole Member of Windsor Lake Estates, L.L.C.

*F:\WPDOCS\N-Z\Windsor Lake Estates LLC\Corporate Resolution.doc*

**TRENK, DiPASQUALE, WEBSTER,**
**DELLA FERA & SODONO, P.C.**
347 Mt. Pleasant Avenue, Suite 300
West Orange, New Jersey 07052
(973) 243-8600
Richard D. Trenk (RT 6874)
*Proposed Attorneys for Debtor and*
*Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>WINDSOR LAKE ESTATES, L.L.C., a/k/a<br>ASHDOWN FOREST ESTATES, L.L.C., a/k/a<br>FOX CHASE AT SPARTA, L.L.C., a/k/a<br>THE ESTATES AT FOX HOLLOW LAKE,<br><br>              Debtor. | Chapter 11<br><br>Case No. 10-_____<br><br>Honorable |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS,**
**METHODOLOGY AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES**
**OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

On December 21, 2010 (the "Petition Date"), Windsor Lake Estates, L.L.C.[1] (the "Debtor") filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of New Jersey. The Debtor is operating its business and managing its properties as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

The Debtor, with the assistance of its legal advisors and other professionals, has prepared its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA") pursuant to section 521 of the Bankruptcy Code and Rule 1007 Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). These Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Global Notes") pertain to all of the Schedules and the SOFA. While the Debtor's management has made reasonable efforts to ensure that the Schedules and SOFA are accurate and complete based on information that was available to it at the time of preparation, subsequent information or discovery may result in changes to these Schedules and SOFA, and inadvertent errors or omissions may exist in the Schedules and SOFA. Moreover, the Schedules and SOFA contain unaudited information that is subject to further

---

[1] a/k/a Ashdown Forest Estates, L.L.C., a/k/a Fox Chase at Sparta, L.L.C., and a/k/a The Estates at Fox Hollow Lake.

review and potential adjustment. Nothing contained in the Schedules or SOFA shall constitute a waiver of any of the Debtor's rights or an admission with respect to this Chapter 11 case including, without limitation, any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and any other applicable laws to recover assets or avoid transfers. These Global Notes are incorporated by reference in, and comprise an integral part of, the Schedules and SOFA, and should be referred to and reviewed in connection with any review of the Schedules and SOFA. Nothing contained on the Schedules and SOFA shall waive any rights to assert that an alleged lease is a disguised security interest.

**Amendment.** While reasonable efforts were made to file complete and accurate Schedules and SOFA, inadvertent errors or omissions may exist. The Debtor thus reserves the right to amend and/or supplement its Schedules and SOFA from time to time as may be necessary or appropriate.

**Dates.** All asset information is listed as of the Petition Date. All liability information is listed as of the Petition Date.

**Basis of Presentation.** The Schedules and SOFA do not purport to represent financial information or data prepared in accordance with U.S. Generally Accepted Accounting Principles. Unless otherwise noted, each asset is shown on the basis of the book value of the asset in the Debtor's accounting books and records, rather than the current market values of such interest in property. The Debtor reserves all rights with respect to the values, amounts and characterizations of the assets and liabilities listed in its Schedules and SOFA.

**Causes of Action.** Despite reasonable efforts to identify all known assets, the Debtor may not have identified or set forth all of its causes of action (filed or potential) as assets in the Schedules and SOFA. Notwithstanding this, the Debtor reserves all of its rights with respect to any causes of action it may have, whether or not listed as assets in the Schedules and SOFA, and neither these Global Notes nor the Schedules and SOFA shall be deemed a waiver of any such causes of action.

**Totals.** All totals that are included in the Schedules and SOFA represent totals of all of the known amounts included on the Schedules and SOFA. To the extent that there are unknown or undetermined amounts, the actual total may be different than the listed total, at times materially.

**Effect of "First Day" Orders on Scheduled Claim Amounts.** The Debtor intends to seek certain authority from the Bankruptcy Court to honor and/or pay certain prepetition claims including, but not limited to, the authority to pay certain outstanding prepetition wages to employees and taxing authorities. Consequently, certain prepetition fixed, liquidated and undisputed priority and general unsecured claims have been or may be paid under this authority. Given that the Schedules are required to reflect claims as of the Petition Date, obligations that have been satisfied under this authority are nonetheless listed in the Schedules.

**Current Market Value of Assets.**  Unless otherwise indicated, net book values are reflected in the Debtor's Schedules and SOFA.  For this reason, amounts ultimately realized may vary from net book value and such variance may be material.  Thus, unless otherwise noted, the Schedules and SOFA reflect the carrying value of the assets as recorded on the Debtor's books and are not based upon any estimate of its current market value.  Exceptions to this include operating cash, which is presented as bank balances as of the Petition Date.  Certain other assets are listed as "Unknown" amounts because the net book values may materially differ from fair market value.  The amounts shown for assets and liabilities exclude items identified as "Unknown" and the Debtor's ultimate assets and liabilities may differ materially from those stated in the Schedules and SOFA.

**Claims Descriptions.**  Any failure to designate a claim on the Debtor's Schedules and SOFA as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtor. The Debtor reserves the right to dispute any claims reflected on its Schedules or SOFA on any grounds, including to assert an offset or any defense to any claim reflected on the Schedules and/or SOFA with respect to, but not limited to, amount, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent" or "unliquidated."  The Debtor reserves the right to amend these Schedules and SOFA accordingly.

**Classifications.**  Listing a claim on (i) Schedule E as "priority" or (ii) Schedule F as "unsecured nonpriority," or listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's right to recharacterize or reclassify such claim or contract. In particular, the Debtor reserves the right to amend the Schedules and SOFA to recharacterize or reclassify any such contract or claim.

**Global Notes Control.**  In the event the Schedules and SOFA differ from the foregoing Global Notes, the Global Notes shall control.

**Insiders.**  The Debtor has included in response to question 23 of the SOFA all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the Petition Date. Persons listed as "insiders" have been included for informational purposes only. The Debtor does not take any position with respect to (a) such person's influence over the control of the Debtor, (b) the management responsibilities or functions of such individual, (c) the decision-making or corporate authority of such individual or (d) whether such individual could successfully argue that he or she is not an "insider" under section 101(31) of the Bankruptcy Code or applicable law.

**Contingent Assets.**  The Debtor believes that it possesses certain claims and causes of action against various parties.  Additionally, the Debtor may possess contingent claims in the form of various avoidance actions it could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws.  The Debtor reserves all of its rights with respect to any claims, causes of action or avoidance actions it may have and nothing

contained in these Global Notes or the Schedules and SOFA shall be deemed a waiver of any such claims, avoidance actions or causes of action or in any way prejudice or impair the assertion of such claims.

**Recharacterization.** The Debtor has made reasonable efforts to characterize, classify, categorize or designate the claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and SOFA correctly. However, the Debtor may have improperly characterized, classified, categorized or designated certain items. Thus, the Debtor reserves its rights to recharacterize, reclassify, recategorize or redesignate items reported in the Schedules and SOFA at a later time as necessary or appropriate as additional information becomes available, including, but not limited to, whether contracts listed herein were executory as of the Petition Date or remain executory post-petition.

F:\WPDOCS\N-Z\Windsor Lake Estates LLC\Disclaimer and Global Notes.doc

4

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re   Windsor Lake Estates, L.L.C._____ ,
                          Debtor

Case No. _____

Chapter    11 _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Laura Broussard 8 Staffordshire Sparta, NJ 07811 | | | | 217,558.00 |
| James H. G. Naisby 11 Bunn Road Hamburg, NJ 07419 | | | | 215,550.00 |
| Riker Danzig Scherer Hyland Perretti LLP Headquarters Plaza One Speedwell Avenue Morristown, NJ 07962-1981 | | | | 150,000.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30386-302Y-03610

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Lentini Paving Contractors, Inc. Attn. Charles Turner, Esq. Turner Law Firm, LLC 76 South Orange Ave., PO Box 526 South Orange, NJ 07079 | | | Contingent Unliquidated Disputed | 87,716.96 |
| Snyder's Nursery, LLC PO Box 145 Greendell, NJ 07839 | | | Disputed | 60,000.00 |
| Riva Concrete, Inc. Attn. Andrew R. Turner, Esq. Turner Law Firm, LLC 76 South Orange Ave., PO Box 526 South Orange, NJ 07079 | | | Contingent Unliquidated Disputed | 50,000.00 |
| Garzillo Construction Co., Inc. Attn. Florio Perrucci Steinhardt & Fader, LLC 218 Route 17 North, Suite 300 Rochelle Park, NJ 07662 | | | Contingent Unliquidated Disputed | 50,000.00 |
| J. Van Houten Electric, Inc. 27 Ironia Road Flanders, NJ 07836 | | | Disputed | 49,500.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30386-302Y-03610

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Warren Lumber & Millwork, Inc. Attn. Mitchell J. Malzberg, Esq. Mitnick & Malzberg, PC 29 Race Street Frenchtown, NJ 08825 | | | Contingent Disputed | 45,000.00 |
| American Express Travel Related Services Attn. Nationwide Credit, Inc. 2015 Vaughn Road NW, Suite 400 Kennesaw, GA 30114-7802 | | | | 43,205.71 |
| Dufek & Migliaro Plumbing, Inc. 333 Hurst Street Linden, NJ 07036 | | | Disputed | 40,000.00 |
| Contemporary Pools and Spas 10 Laurel Drive Green Twp., NJ 07869 | | | Disputed | 40,000.00 |
| Xcel Plumbing Attn. David P. Wadyka, Esq. DiFrancesco Bateman, et al. 15 Mountain Boulevard Warren, NJ 07059-5611 | | | | 32,681.42 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Brach Eichler L.L.C. Attn. Bobby Kasolas, Esq. 101 Eisenhower Parkway Roseland, NJ 07068 | | | | 22,489.41 |
| Quality Stone Veneer, EP, LLC PO Box 117 50 Refton Road Refton, PA 17568 | | | Contingent Unliquidated Disputed | 15,043.00 |
| Eastern Garage Doors and Eastern Aluminum 106 Iron Mountain Road Mine Hill, NJ 07803 | | | Contingent Unliquidated Disputed | 11,519.00 |
| Weiner Lesniak LLP Attn. Louis I. Karp, Esq. 629 Parsippany Road Parsippany, NJ 07054 | | | | 11,249.71 |
| Northern Rain Irrigation Contractors PO Box 338 Greendell, NJ 07839 | | | Disputed | 11,171.20 |
| Raleia Construction, Inc. Attn. Rose Marie Sardo, Esq. Sardo & Batista, PC 134 Wilson Avenue Newark, NJ 07105 | | | Contingent Unliquidated Disputed | 7,251.00 |
| Simply Stone 8948 Grady Drive Breinigsville, PA 18031 | | | Contingent Unliquidated Disputed | 6,568.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30386-302Y-03610

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I,  [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date ___December 21, 2010_____

Signature _____
BRIAN PATRICK DELANEY,
Sole Member of Windsor Lake Estates, L.L.C.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re    Windsor Lake Estates, L.L.C.            Case No. _____
                   Debtor

                                                 Chapter     11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ Unknown. | | |
| B – Personal Property | YES | 3 | $ 93,116.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 3,730,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 10 | | $ 1,188,129.23 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0.00 |
| **TOTAL** | | 23 | $ 93,116.00 | $ 4,918,129.23 | |

AMOUNTS SCHEDULED

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 30386-302Y-03610

# United States Bankruptcy Court
### District of New Jersey

In re   Windsor Lake Estates, L.L.C.                                    Case No. _____
                          Debtor

                                                                        Chapter        11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ N.A. |
| Average Expenses (from Schedule J, Line 18) | $ N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

B6A (Official Form 6A) (12/07)

In re    Windsor Lake Estates, L.L.C.                          Case No. _____
              **Debtor**                                                      **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residential development property consisting of Tax Lots 24, 25, 27, 28, 29, 31, 32, 34, 36 in Block 35.06; Tax Lots 12, 13, 14 in Block 35.07; and Tax Lots 38.03, 38.04, 38.07, 38.08, 47.02, 47.03 in Block 35, as shown on the Township of Sparta Tax Map Sparta, New Jersey | | | Unknown | 3,060,000.00 |
| Residential development property consisting of Lot 33 in Block 35.06 and Lot 33 in Block 35, as shown on the Township of Sparta Tax Map Sparta, New Jersey | | | Unknown | 470,000.00 |
| Residential development property consisting of Tax Lot 20 in Block 35.06, as shown on the Township of Sparta Tax Map Sparta, New Jersey | | | Unknown | 200,000.00 |
| * In November 2009, an appraisal was issued on Lot 34 in Block 35.06 as having a value of $2,000,000, and a separate appraisal was issued on the twenty (20) remaining lots as having a value of $7,900,000. | | | | |

Total ➤                Unknown.

(Report also on Summary of Schedules.)

Bankcrupto/2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30386-302Y-03610

B6B (Official Form 6B) (12/07)

In re    Windsor Lake Estates, L.L.C.                                  Case No. _____
           **Debtor**                                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account number ending 8205 (Windsor Lake Estates LLC Primary Account) First Hope Bank PO Box 296 Hope, NJ 07844 | | 116.00 |
| | | Checking account number ending 9644 Bank of America account has negative balance | | |
| | | Balance of monies held in Weiner Lesniak Trust Account | | 500.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Performance bond on deposit with Township of Sparta Township of Sparta 60 Main Street Sparta, NJ 07871-1986 | | 16,000.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30386-302Y-03610

B6B (Official Form 6B) (12/07) -- Cont.

In re   Windsor Lake Estates, L.L.C.                                   Case No. _____
                    **Debtor**                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.   Annuities.  Itemize and name each issuer. | X | | | |
| 11.   Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.   Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13.   Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.   Interests in partnerships or joint ventures. Itemize. | | Lone Eagle Partners, LLC  No assets. | | Unknown |
| 15.   Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.   Accounts receivable. | X | | | |
| 17.   Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.   Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.   Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.   Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.   Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | | Claim against Richard Crepeau, et al. former manager (lawsuit pending seeking in excess of $3.5 million)  Potential claims against Marcum Rosenfarb, LLC | | Unknown  Unknown |
| 22.   Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30386-302Y-03610

B6B (Official Form 6B) (12/07) -- Cont.

In re   Windsor Lake Estates, L.L.C.                                      Case No. _____
              **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | Conference table, facsimile machine, paper, Dell laptop<br>19 Windemere Way<br>Sparta, NJ 07871 | | Unknown |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | CAT Backhoe (damaged)<br>Spec House<br>Windemere Way<br>Sparta, NJ 07871 | | Unknown |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | Deposit from Randall and Joanna Beach for purchase of Lot 13, Block 35.07 and custom home to be built thereon<br>Weiner Lesniak Trust Account | | 76,500.00 |

_____0_____   continuation sheets attached        Total      $          93,116.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30386-302Y-00610

**B6C (Official Form 6C) (04/10)**

In re   Windsor Lake Estates, L.L.C.                                          Case No. _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                          ☐  Check if debtor claims a homestead exemption that exceeds
☐   11 U.S.C. § 522(b)(3)                               $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30386-302Y-03610

B6D (Official Form 6D) (12/07)

In re  Windsor Lake Estates, L.L.C.                          ,         Case No. _____
                    **Debtor**                                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8070 <br><br> First Hope Bank <br> 220 Woodport Road <br> Sparta, NJ 07871 | X | | Lien: Land Loan <br> Security: Tax Lots 24, 25, 27, 28, 29, 31, 32, 34, 36 in Block 35.06; Tax Lots 12, 13, 14 in Block 35.07; and Tax Lots 38.03, 38.04, 38.07, 38.08, 47.02, 47.03 in Block 35, as shown on the Township of Sparta Tax Map <br><br> VALUE $   Unknown. | | | | 1,600,000.00 | Unknown. |
| ACCOUNT NO. 8089 <br><br> First Hope Bank <br> 220 Woodport Road <br> Sparta, NJ 07871 | X | | Lien: Revolving Construction Loan <br> Security: Tax Lots 24, 25, 27, 28, 29, 31, 32, 34, 36 in Block 35.06; Tax Lots 12, 13, 14 in Block 35.07; and Tax Lots 38.03, 38.04, 38.07, 38.08, 47.02, 47.03 in Block 35, as shown on the Township of Sparta Tax Map <br><br> VALUE $   Unknown. | | | | 1,460,000.00 | Unknown. |
| ACCOUNT NO. 9315 <br><br> First Hope Bank <br> 220 Woodport Road <br> Sparta, NJ 07871 | X | | Lien: First Mortgage <br> Security: Lot 33 in Block 35.06 and Lot 33 in Block 35 as shown on the Township of Sparta Tax Map <br><br> VALUE $   Unknown. | | | X | 470,000.00 | Unknown. |

   1    continuation sheets attached

Subtotal ▶ | $3,530,000.00 | Unknown.
(Total of this page)
Total ▶ | $ | $
(Use only on last page)

(Report also on | (If applicable, report
Summary of Schedules) | also on Statistical
| Summary of Certain
| Liabilities and Related
| Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30386-302Y-03610

B6D (Official Form 6D) (12/07) – Cont.

In re  Windsor Lake Estates, L.L.C.                    ,        Case No. _____
                        Debtor                                            (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> First Hope Bank <br> Attn. M. Murphy Durkin, Esq. <br> Durkin & Durkin, LLP <br> 1120 Bloomfield Avenue <br> West Caldwell, NJ 07007-9452 | | | <br><br><br><br><br> VALUE $        0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> First Hope Bank <br> Attn. M. Richard Valenti, Esq. <br> Morris, Downing & Sherred, LLP <br> One Main Street, PO Box 67 <br> Newton, NJ 07860 | | | <br><br><br><br><br> VALUE $        0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Robert Giblin <br> 82 Washington Street <br> Rumson, NJ 07760 | | | Lien: First Mortgage <br> Security: Lot 20 in Block 35.06, as shown on the Township of Sparta Tax Map <br><br> VALUE $    Unknown. | | | | 200,000.00 | Unknown. |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br><br><br> VALUE $ | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (s) <br> (Total(s) of this page) | $ 200,000.00 | $ Unknown. |
| Total(s) <br> (Use only on last page) | $ 3,730,000.00 | $ Unknown. |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30186-302Y-03610

B6E (Official Form 6E) (04/10)

In re  Windsor Lake Estates, L.L.C. _____ ,      Case No. _____
                    Debtor                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30386-302Y-0X610

B6E (Official Form 6E) (04/10) - Cont.

In re    Windsor Lake Estates, L.L.C.                              ,          Case No._____
                         Debtor                                                                (if known)

☐    **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30386-302Y-03610

B6E (Official Form 6E) (04/10) - Cont.

In re  Windsor Lake Estates, L.L.C. _____,      Case No. _____
                    **Debtor**                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)   Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | |
| Internal Revenue Service District Director 955 South Springfield Avenue PO Box 724 Springfield, NJ 07081 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| Internal Revenue Service Special Procedures Branch Attn. Bankruptcy Section PO Box 744 Springfield, NJ 07081-0744 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| State of New Jersey Division of Taxation Gross Income Tax 50 Barrack Street, PO Box 269 Trenton, NJ 08625 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | Subtotal (Totals of this page) | $     0.00 | $ | $ |
|---|---|---|---|---|
|  | Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $     0.00 | | |
|  | Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $     0.00 | $     0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30386-302Y-03610

B6F (Official Form 6F) (12/07)

In re Windsor Lake Estates, L.L.C. ,                      Case No. _____
_____
              Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AC Drywall, L.L.C.<br>133 Flanders Drakestown Road<br>Flanders, NJ 07836 | | | Consideration: Trade debt | | | X | 3,000.00 |
| ACCOUNT NO.<br><br>Alan Spector<br>Spector Associated Architects<br>19 Fox Hill Road<br>Lafayette, NJ 07848 | X | | Consideration: Trade debt<br>Lawsuit filed; judgment entered | X | X | X | 1,699.50 |
| ACCOUNT NO.   1007<br><br>American Express Travel Related Services<br>Attn. Nationwide Credit, Inc.<br>2015 Vaughn Road NW, Suite 400<br>Kennesaw, GA 30114-7802 | | | Consideration: Trade debt | | | | 43,205.71 |
| ACCOUNT NO.   3391<br><br>Arzee Supply<br>15 E. Fredericks Place<br>Cedar Knolls, NJ 07927 | | | Consideration: Trade debt | | | X | 2,794.72 |

<u>  9  </u> continuation sheets attached

Subtotal ► | $ | 50,699.93
Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 30386-302Y-03610*

B6F (Official Form 6F) (12/07) - Cont.

In re  Windsor Lake Estates, L.L.C._____ ,        Case No. _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Brach Eichler L.L.C. <br> Attn. Bobby Kasolas, Esq. <br> 101 Eisenhower Parkway <br> Roseland, NJ 07068 | | | Consideration: Legal Services | | | | 22,489.41 |
| ACCOUNT NO. <br><br> Brian Patrick Delaney <br> 19 Windemere Way <br> Sparta, NJ 07871 | | | | | | | Unknown |
| ACCOUNT NO. <br><br> Carpet & Wood Gallery Corp. <br> 110 Summit Avenue <br> Chatham, NJ 07928 | | | Consideration: Trade debt | | | X | 3,000.00 |
| ACCOUNT NO.  -461 <br><br> Century Link <br> PO Box 96064 <br> Charlotte, NC 28296-0064 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Contemporary Pools and Spas <br> 10 Laurel Drive <br> Green Twp., NJ 07869 | | | Consideration: Trade debt | | | X | 40,000.00 |

Sheet no. _1_ of _9_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 65,489.41
Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30386-302V-00610

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Windsor Lake Estates, L.L.C.                         ,          Case No. _____
                  **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Direct Cabinet Sales, Inc. <br> Attn. Alan Glazner, Esq. <br> 216 North Avenue East <br> Cranford, NJ 07016 | | | Consideration: Subcontractor claim <br> Lawsuit filed; Debtor successful on trial; <br> case dismissed | X | X | X | 0.00 |
| ACCOUNT NO. <br> Dufek & Migliaro Plumbing, Inc. <br> 333 Hurst Street <br> Linden, NJ 07036 | | | Consideration: Trade debt | | | X | 40,000.00 |
| ACCOUNT NO. <br> Eastern Garage Doors <br> and Eastern Aluminum <br> 106 Iron Mountain Road <br> Mine Hill, NJ 07803 | X | | Consideration: Trade debt <br> Lawsuit filed; entry of default obtained; <br> judgment entered | X | X | X | 11,519.00 |
| ACCOUNT NO. <br> Elizabethtown Gas <br> PO Box 4569 <br> Location 6250 <br> Atlanta, GA 30302 | | | | | | | Notice Only |
| ACCOUNT NO. <br> Fireside Hearth & Home <br> PO Box 414845 <br> Boston, MA 02241-4845 | | | Consideration: Trade debt | | | X | 2,650.00 |

Sheet no. _2_ of _9_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 54,169.00

Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30386-302Y-00610

B6F (Official Form 6F) (12/07) - Cont.

In re  Windsor Lake Estates, L.L.C. _____ ,    Case No. _____
           Debtor                                           (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> First Hope Bank <br> PO Box 296 <br> Hope, NJ 07844 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Garzillo Construction Co., Inc. <br> Attn. Florio Perrucci Steinhardt <br> & Fader, LLC <br> 218 Route 17 North, Suite 300 <br> Rochelle Park, NJ 07662 | | | Consideration: Subcontractor claim <br> Lawsuit filed | X | X | X | 50,000.00 |
| ACCOUNT NO. <br><br> GC Builders <br> Attn. Florio Perrucci Steinhardt <br> & Fader, LLC <br> 218 Route 17 North, Suite 300 <br> Rochelle Park, NJ 07662 | | | Consideration: Subcontractor claim | X | X | X | Unknown |
| ACCOUNT NO. <br><br> Grinnell Recycling, Inc. <br> Attn. Euler Hermes UMA <br> 7-11 South Broadway, Suite 314 <br> White Plains, NY 10601 | | | Consideration: Trade debt | | | X | 3,081.60 |
| ACCOUNT NO. <br><br> J. Van Houten Electric, Inc. <br> 27 Ironia Road <br> Flanders, NJ 07836 | | | Consideration: Trade debt | | | X | 49,500.00 |

Sheet no. _3_ of _9_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▸   $   102,581.60

Total ▸   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30386-302Y-00610

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Windsor Lake Estates, L.L.C. _____ ,          Case No. _____
       **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>James A. Connors Associates, Inc.<br>225 Madison Avenue<br>PO Box 336<br>Morristown, NJ 07963-0336 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>James H. G. Naisby<br>11 Bunn Road<br>Hamburg, NJ 07419 | | | Consideration: Loan | | | | 215,550.00 |
| ACCOUNT NO.<br><br>Jersey Central Power & Light Co.<br>PO Box 16001<br>Reading, PA 19612-6001 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>John Feher, Inc.<br>239 Myrtle Avenue<br>Boonton, NJ 07005 | | | Consideration: Trade debt | | | X | 5,400.00 |
| ACCOUNT NO.<br><br>John Feher, Inc.<br>Attn.Transworld Systems<br>PO Box 1864<br>Santa Rosa, CA 95402 | | | Consideration: Trade debt | | | X | Notice Only |

Sheet no. _4_ of _9_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $  220,950.00

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30386-302Y-03610

B6F (Official Form 6F) (12/07) - Cont.

In re  Windsor Lake Estates, L.L.C.                    ,          Case No. _____
                          Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Laura Broussard 8 Staffordshire Sparta, NJ 07811 | | | | | | | 217,558.00 |
| ACCOUNT NO. Lentini Paving Contractors, Inc. Attn. Charles Turner, Esq. Turner Law Firm, LLC 76 South Orange Ave., PO Box 526 South Orange, NJ 07079 | | | Consideration: Subcontractor claim Lawsuit filed; case settled | X | X | X | 87,716.96 |
| ACCOUNT NO. Marcum LLP aka M&K Rosenfarb LLC aka Marcum Rosenfarb LLC 101 Eisenhower Parkway Roseland, NJ 07068 | X | | Consideration: Accounting services | X | X | X | Unknown |
| ACCOUNT NO. Marcum LLP aka M&K Rosenfarb LLC aka Marcum Rosenfarb LLC 4000 Route 66 Tinton Falls, NJ 07753 | | | | | | | Notice Only |
| ACCOUNT NO. Marcum LLP Attn. Jeffrey M. Rothbard, Esq. Rothbard Rothbard Kohn & Kellar 50 Park Place, 12th Floor Newark, NJ 07102 | | | | | | | Notice Only |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30386-302Y-03610

Sheet no. _5_ of _9_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 305,274.96

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Windsor Lake Estates, L.L.C. _____,                    Case No. _____
_____
         **Debtor**                                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>NJ Quality Drywall, Inc. <br>Attn. Larry L. Miller <br>1423 State Road <br>Duncannon, PA 17020 | X | | Consideration: Subcontractor claim <br>Lawsuit filed; case dismissed | X | X | X | 0.00 |
| ACCOUNT NO. <br><br>Northern Rain Irrigation Contractors <br>PO Box 338 <br>Greendell, NJ 07839 | | | Consideration: Trade debt | | | X | 11,171.20 |
| ACCOUNT NO. <br><br>Quality Stone Veneer, EP, LLC <br>Attn. Michael D. Ritigstein, Esq. <br>200 Haddon Avenue <br>Haddonfield, NJ 08033 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br>Quality Stone Veneer, EP, LLC <br>PO Box 117 <br>50 Refton Road <br>Refton, PA 17568 | | | Consideration: Trade debt <br>Lawsuit filed | X | X | X | 15,043.00 |
| ACCOUNT NO. <br><br>Raleia Construction, Inc. <br>Attn. Rose Marie Sardo, Esq. <br>Sardo & Batista, PC <br>134 Wilson Avenue <br>Newark, NJ 07105 | X | | Consideration: Trade debt <br>Lawsuit filed; entry of default obtained; <br>judgment entered | X | X | X | 7,251.00 |

Sheet no. _6_ of _9_ continuation sheets attached                                 Subtotal ➤  | $ | 33,465.20
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                                    Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30386-302Y-03610

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Windsor Lake Estates, L.L.C.                              ,           Case No. _____
                          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Riker Danzig Scherer Hyland Perretti LLP<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ 07962-1981 | | | Consideration: Legal Services | | | | 150,000.00 |
| ACCOUNT NO.<br><br>Riva Concrete, Inc.<br>Attn. Andrew R. Turner, Esq.<br>Turner Law Firm, LLC<br>76 South Orange Ave., PO Box 526<br>South Orange, NJ 07079 | | | Consideration: Subcontractor claim<br>Lawsuit filed; case settled | X | X | X | 50,000.00 |
| ACCOUNT NO.<br><br>Simply Stone<br>8948 Grady Drive<br>Breinigsville, PA 18031 | X | | Consideration: Trade debt<br>Lawsuit filed; entry of default obtained; judgment entered | X | X | X | 6,568.00 |
| ACCOUNT NO.<br><br>Snyder's Nursery, LLC<br>PO Box 145<br>Greendell, NJ 07839 | | | Consideration: Trade debt | | | X | 60,000.00 |
| ACCOUNT NO.  1519<br><br>Sparta Water Utility<br>12 Park Lake Road<br>Sparta, NJ 07871 | | | | | | | Notice Only |

Sheet no. _7_ of _9_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 266,568.00

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30386-302Y-03610

B6F (Official Form 6F) (12/07) - Cont.

In re  Windsor Lake Estates, L.L.C. _____,   Case No. _____
                        **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Township of Sparta Attn. Lorraine Markey, Tax Collector 65 Main Street Sparta, NJ 07871 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Township of Sparta Attn. Mary J. Coe, Municipal Clerk 65 Main Street Sparta, NJ 07871 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Township of Sparta Attn. Philip Spaldi, Utilities Director 65 Main Street Sparta, NJ 07871 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Consideration: Subcontractor claim Lawsuit filed; case settled for $45,000; $6,000 paid personally by Brian Patrick Delaney to date | | | | |
| Warren Lumber & Millwork, Inc. Attn. Mitchell J. Malzberg, Esq. Mitnick & Malzberg, PC 29 Race Street Frenchtown, NJ 08825 | X | | | X | | X | 45,000.00 |
| ACCOUNT NO. | | | | | | | |
| Weiner Lesniak LLP Attn. Louis I. Karp, Esq. 629 Parsippany Road Parsippany, NJ 07054 | | | | | | | 11,249.71 |

Sheet no. __8__ of __9__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 56,249.71
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.9-755 - 30386-302Y-03610

B6F (Official Form 6F) (12/07) - Cont.

In re  Windsor Lake Estates, L.L.C.                          ,        Case No. _____
_____
       **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Xcel Plumbing<br>Attn. David P. Wadyka, Esq.<br>DiFrancesco Bateman, et al.<br>15 Mountain Boulevard<br>Warren, NJ 07059-5611 | X | | Consideration: Subcontractor claim<br>Lawsuit filed; judgment entered | | | | 32,681.42 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _9_ of _9_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | Subtotal ▶ | $ | 32,681.42 |
|---|---|---|---|
| | Total ▶ | $ | 1,188,129.23 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30386-302Y-03610

B6G (Official Form 6G) (12/07)

In re    Windsor Lake Estates, L.L.C.                    Case No. _____
         _____
                    Debtor                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐    Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Randall and Joanna Beach<br>Attn. J. Craig Dickson, Esq.<br>Dickson & Dickson<br>548 Valley Road, Suite 4<br>Upper Montclair, NJ 07043 | Contract of sale dated September 28, 2010 for purchase of Lot 13, Block 35.07 and custom home to be built thereon |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30386-302Y-03610

B6H (Official Form 6H) (12/07)

In re  Windsor Lake Estates, L.L.C.                                          Case No. _____
                        **Debtor**                                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Brian Patrick Delaney<br>19 Windemere Way<br>Sparta, NJ 07871 | First Hope Bank<br>220 Woodport Road<br>Sparta, NJ 07871 |
| Brian Patrick Delaney<br>19 Windemere Way<br>Sparta, NJ 07871 | NJ Quality Drywall, Inc.<br>Attn. Larry L. Miller<br>1423 State Road<br>Duncannon, PA 17020 |
| Brian Patrick Delaney<br>19 Windemere Way<br>Sparta, NJ 07871 | Warren Lumber & Millwork, Inc.<br>Attn. Mitchell J. Malzberg, Esq.<br>Mitnick & Malzberg, PC<br>29 Race Street<br>Frenchtown, NJ 08825 |
| Brian Patrick Delaney<br>19 Windemere Way<br>Sparta, NJ 07871 | Xcel Plumbing<br>Attn. David P. Wadyka, Esq.<br>DiFrancesco Bateman et al.<br>15 Mountain Boulevard<br>Warren, NJ 07059-5611 |
| Brian Patrick Delaney<br>19 Windemere Way<br>Sparta, NJ 07871 | Marcum LLP<br>aka M&K Rosenfarb LLC<br>aka Marcum Rosenfarb LLC<br>101 Eisenhower Parkway<br>Roseland, NJ 07068 |
| Brian Patrick Delaney<br>19 Windemere Way<br>Sparta, NJ 07871 | Alan Spector<br>Spector Associated Architects<br>19 Fox Hill Road<br>Lafayette, NJ 07848 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.9-755 - 30386-302Y-03610

**B6H (Official Form) (12/07) -- Cont.**

In re Windsor Lake Estates, L.L.C. _____          Case No. _____
          **Debtor**                                                                    **(if known)**

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Brian Patrick Delaney<br>19 Windemere Way<br>Sparta, NJ 07871 | Eastern Garage Doors<br>and Eastern Aluminum<br>106 Iron Mountain Road<br>Mine Hill, NJ 07803 |
| Brian Patrick Delaney<br>19 Windemere Way<br>Sparta, NJ 07871 | Raleia Construction, Inc.<br>Attn. Rose Marie Sardo, Esq.<br>Sardo & Batista, PC<br>134 Wilson Avenue<br>Newark, NJ 07105 |
| Brian Patrick Delaney**<br>19 Windemere Way<br>Sparta, NJ 07871<br><br>** Nothing contained on Schedule H is an admission of liability<br>by Brian Patrick Delaney. | Simply Stone<br>8948 Grady Drive<br>Breinigsville, PA 18031 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30386-302Y-03610

B6 (Official Form 6 - Declaration) (12/07)

Windsor Lake Estates, L.L.C.

In re _____       Case No. _____
              **Debtor**                                                          **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____       Signature: _____
                                                                                  Debtor:

Date _____       Signature: _____
                                                                          (Joint Debtor, if any)

                                                                  [If joint case, both spouses must sign.]

----------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                     _____
Printed or Typed Name and Title, if any,                              Social Security No.
of Bankruptcy Petition Preparer                              *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____              _____
       Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

----------------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the   Sole Member of Windsor Lake Estates, L.L.C.   [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the **Windsor Lake Estates, L.L.C.**   [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   25   sheets *(total shown on summary page plus 1),*and that they are true and correct to the best of my knowledge, information, and belief.

Date _____ December 21 , 2010 _____       Signature: _____

                                                                          BRIAN PATRICK DELANEY
                                                                  [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

----------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re  Windsor Lake Estates, L.L.C.                                    Case No. _____
                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | | SOURCE |
|---|---|---|---|
| 2010 | $0.00 | | FY: 1/1/2010 to present |
| 2009 | $1,300,000 | (approximately) | FY: 1/1/2009 to 12/31/2009 |
| 2008 | $4,199,700 | | FY: 1/1/2008 to 12/31/2008 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30386-302Y-03610

**2.  Income other than from employment or operation of business**

None
☒            State the amount of income received by the debtor other than from employment, trade, profession, or
operation of the debtor's business during the two years immediately preceding the commencement of this case.
Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing
under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

AMOUNT                                           SOURCE

**3. Payments to creditors**

None
☒            *Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List   all   payments   on   loans,   installment
purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the
commencement of this case unless the aggregate value of all property that constitutes or is affected by such
transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a
domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved
nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13
must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐            *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor
made within 90 days immediately preceding the commencement of the case unless the aggregate value of all
property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual,
indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support
obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and
credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and
other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| James A. Connors Associates, Inc.<br>225 Madison Avenue<br>PO Box 336<br>Morristown, NJ 07963-0336 | 10/18/10; 10/19/10 | $8,788.00 | $0.00 |

\* Paid personally by Brian Patrick
Delaney.

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30386-302Y-03610

None
☒

*c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a.      List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Lentini Paving Contractors, Inc. v. Windsor Lake Estates Docket No. SSX-L-719-07 | Subcontractor collection action | Superior Court of New Jersey Sussex County, Law Division | Settled |
| NJ Quality Drywall, Inc. v. Windsor Lake Estates, LLC and Brian Delaney Docket No. SSX-L-567-08 | Subcontractor collection action | Superior Court of New Jersey Sussex County, Law Division | Case dismissed |
| Riva Concrete, Inc. v. Windsor Lake Estates, LLC Docket No. MRS-L-2005-09 | Subcontractor collection action | Superior Court of New Jersey Morris County, Law Division | Settled |
| Warren Lumber & Millwork, Inc. v. The Estates at Fox Hollow and Brian Delaney Docket No. WRN-L-482-08 | Subcontractor collection action | Superior Court of New Jersey Warren County, Law Division | Settled |
| Xcel Plumbing v. Windsor Lake Estates and Brian Delaney Docket No. MRS-L-3878-08 | Subcontractor collection action | Superior Court of New Jersey Morris County, Law Division | Judgment entered |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30386-302V-03610

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Direct Cabinet Sales, Inc. v. Windsor Lake Estates Docket No. SSX-DC-6625-09 | Subcontractor collection action | Superior Court of New Jersey Sussex County, Law Division, Special Civil Part | Defendant successful on trial; case dismissed |
| Garzillo Construction Co., Inc. and GC Builders, LLC v. Ashdown Forest Estates, LLC and Windsor Lake Estates, LLC Docket No. SSX-L-765-09 | Subcontractor collection action | Superior Court of New Jersey Sussex County, Law Division | Pending |
| Ashdown Forest Estates, LLC, Windsor Lake Estates, LLC and Brian Delaney v. Richard Crepeau, et al. Docket No. MRS-C-112-07 | Fraud; breach of contract | Superior Court of New Jersey Morris County, Chancery Division | Pending |
| Quality Stone Veneer, EP, LLC v. Windsor Lake Estates, LLC Docket No. SSX-DC-1258-10 | Collection action | Superior Court of New Jersey Sussex County, Law Division, Special Civil Part | Pending |
| Alan Spector v. Brian Delaney and Windsor Lake Estates Docket No. SSX-SC-712-09 | Collection action | Superior Court of New Jersey Sussex County, Law Division, Special Civil Part Small Claims | Judgment entered October 26, 2009 |
| Eastern Garage Doors, LLC and Eastern Aluminum v. Windsor Lake Estates and Brian P. Delaney Docket No. SSX-DC-2694-10 | | Superior Court of New Jersey Sussex County, Law Division, Special Civil Part | Entry of default obtained; judgment entered |
| Raleia Construction, Inc. v. Windsor Lake Estates, LLC and Brian Delaney Docket No. SSX-DC-3173-10 | | Superior Court of New Jersey Sussex County, Law Division, Special Civil Part | Entry of default obtained; judgment entered; motion to vacate judgment pending |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Simply Stone v. Brian Delaney and Windsor Lake Estates Docket No. SSX-DC-5235-09 | Collection action | Superior Court of New Jersey Sussex County, Law Division, Special Civil Part | Entry of default obtained; judgment entered; motion to vacate judgment pending |

None ☐    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Alan Spector Spector Associated Architects 19 Fox Hill Road Lafayette, NJ 07848 | April 23, 2010 | Funds belonging to Debtor at First Hope Bank, 161 Newton Sparta, Road, Newton, NJ 07860 in the amount of $118.48 |

**5.    Repossessions, foreclosures and returns**

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.    Assignments and Receiverships**

None ☒    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7.   Gifts

None ☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8.   Losses

None ☐    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| CAT Backhoe | $6,000 in damage | December 2008 |
| $3,500,000 | Lawsuit pending against Richard Crepeau, former manager of debtor, et al.; complaint alleges various counts including, but not limited to, fraud, bad faith, breach; seeking damages in the approximate amount of $3,500,000 | 2002-2004 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30386-302Y-03610

**9.  Payments related to debt counseling or bankruptcy**

None  ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C. 347 Mt. Pleasant Avenue Suite 300 West Orange, NJ 07052 | March 18, 2010 Payor: Laura Broussard | $15,000.00 |
| Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C. 347 Mt. Pleasant Avenue Suite 300 West Orange, NJ 07052 | April 21, 2010 | $20,000.00 |

**10.  Other transfers**

None  ☐    a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None  ☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☒

    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
☒

    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
☒

    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☒

    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

Bankrupcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30386-302Y-03610

**15. Prior address of debtor**

None ☐

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 8 Staffordshire<br>Sparta, NJ 07871 | | 2007 - 2009 |

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME<br>AND ADDRESS | NAME AND ADDRESS<br>OF GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30386-302Y-03610

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Windsor Lake Estates, L.L.C. f/k/a Fox Chase at Sparta, L.L.C., and also f/k/a Ashdown Forest Estates, LLC | 22-3644949 | 19 Windemere Way Sparta, NJ 07871 | Real Estate | 1999 - present |
| Lone Eagle Partners, LLC | 0600-2168-94 | 19 Windemere Way Sparta, NJ 07871 | former holding company of certain real estate | 2006 - present |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None

☒

NAME                                                              ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None    a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

☐

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| M&K Rosenfarb LLC<br>101 Eisenhower Parkway<br>Roseland, NJ 07068 | 2007 |
| Christine De Vries, Bookkeeper<br>PO Box 628<br>Augusta, NJ 07822 | 2008 - present |
| Alex E. Krasnomowitz, CPA, LLC<br>1025 Bloomfield Avenue, Ste. 2B<br>PO Box 1093<br>West Caldwell, NJ  07006 | 2009 - present |
| Marcum LLP<br>10 Melville Park Raod<br>Melville, NY 11747 | 2008 - 2009 |

None ☒    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None ☐    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| Christine De Vries, Bookkeeper | PO Box 628
Augusta, NJ 07822 |

None ☒    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

**20. Inventories**

None ☒    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|

None ☒    b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

**21. Current Partners, Officers, Directors and Shareholders**

None ☒    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None  b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
☐        directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Brian Patrick Delaney 19 Windemere Way Sparta, NJ 07871 | Owner | 100% ownership interest |

**22.  Former partners, officers, directors and shareholders**

None  a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year
☒        immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None  b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation
☒        terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23.  Withdrawals from a partnership or distribution by a corporation**

None        If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an
☐        insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other
        perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Brian Patrick Delaney 19 Windemere Way Sparta, NJ 07871 Relationship: 100% owner | 12/12/2009 - 6/16/2010 | $41,853.70 |
| Lorraine Delaney 1709 SW 21st Street Boynton Beach, FL 33426 Relationship: Debtor's principal's step-mother | 1/12/2010 | $60.00 |

**24.  Tax Consolidation Group**

None
☒
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                TAXPAYER IDENTIFICATION NUMBER (EIN)

**25.  Pension Funds**

None
☒
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND                TAXPAYER IDENTIFICATION NUMBER (EIN)

\*    \*    \*    \*    \*    \*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   December 21, 2010                    Signature

BRIAN PATRICK DELANEY,
Sole Member of Windsor Lake Estates, L.L.C.

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30386-302Y-03610

<u>   0   </u>  continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

   I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer                                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

UNITED STATES BANKRUPTCY COURT
**District of New Jersey**

In re    Windsor Lake Estates, L.L.C. _____ ,

Debtor

Case No. _____

Chapter    11    _____

## List of Equity Security Holders

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Brian Patrick Delaney<br>19 Windemere Way<br>Sparta, NJ 07871 | | 100% ownership interest |

B203
12/94

# United States Bankruptcy Court
### District of New Jersey

In re  Windsor Lake Estates, L.L.C.

Case No. _____

Chapter _____11_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ................................................... $ __41,039.00__

Prior to the filing of this statement I have received ................................... $ __1,039.00__

Balance Due ...................................................................................... $ __40,000.00__

2.  The source of compensation paid to me was:

☐ Debtor      ☑ Other (specify)    Filing fee paid by Brian P. Delaney

3.  The source of compensation to be paid to me is:

☑ Debtor      ☑ Other (specify)    loan proceeds subject to Court approval

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

December 21, 2010
_____
Date

_____
Signature of Attorney

Trenk, Dipasquale, Webster, Della Fera, Sodono
_____
Name of law firm

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 30386-302Y-03610

Windsor Lake Estates, L.L.C. Matrix.txt

AC Drywall, L.L.C.
133 Flanders Drakestown Road
Flanders, NJ 07836


Alan Spector
Spector Associated Architects
19 Fox Hill Road
Lafayette, NJ 07848


American Express Travel Related Services
Attn. Nationwide Credit, Inc.
2015 Vaughn Road NW, Suite 400
Kennesaw, GA 30114-7802


Arzee Supply
15 E. Fredericks Place
Cedar Knolls, NJ 07927


Brach Eichler L.L.C.
Attn. Bobby Kasolas, Esq.
101 Eisenhower Parkway
Roseland, NJ 07068


Brian Patrick Delaney
19 Windemere Way
Sparta, NJ 07871


Carpet & Wood Gallery Corp.
110 Summit Avenue
Chatham, NJ 07928


Century Link
PO Box 96064
Charlotte, NC 28296-0064


Contemporary Pools and Spas

Windsor Lake Estates, L.L.C. Matrix.txt

10 Laurel Drive
Green Twp., NJ 07869


Direct Cabinet Sales, Inc.
Attn. Alan Glazner, Esq.
216 North Avenue East
Cranford, NJ 07016


Dufek & Migliaro Plumbing, Inc.
333 Hurst Street
Linden, NJ 07036


Eastern Garage Doors
and Eastern Aluminum
106 Iron Mountain Road
Mine Hill, NJ 07803


Elizabethtown Gas
PO Box 4569
Location 6250
Atlanta, GA 30302


Fireside Hearth & Home
PO Box 414845
Boston, MA 02241-4845


First Hope Bank
220 Woodport Road
Sparta, NJ 07871


First Hope Bank
Attn. M. Murphy Durkin, Esq.
Durkin & Durkin, LLP
1120 Bloomfield Avenue
West Caldwell, NJ 07007-9452


First Hope Bank

Windsor Lake Estates, L.L.C. Matrix.txt

Attn. M. Richard Valenti, Esq.
Morris, Downing & Sherred, LLP
One Main Street, PO Box 67
Newton, NJ 07860


First Hope Bank
PO Box 296
Hope, NJ 07844


Garzillo Construction Co., Inc.
Attn. Florio Perrucci Steinhardt
& Fader, LLC
218 Route 17 North, Suite 300
Rochelle Park, NJ 07662


GC Builders
Attn. Florio Perrucci Steinhardt
& Fader, LLC
218 Route 17 North, Suite 300
Rochelle Park, NJ 07662


Grinnell Recycling, Inc.
Attn. Euler Hermes UMA
7-11 South Broadway, Suite 314
White Plains, NY 10601


Internal Revenue Service
District Director
955 South Springfield Avenue
PO Box 724
Springfield, NJ 07081


Internal Revenue Service
Special Procedures Branch
Attn. Bankruptcy Section
PO Box 744
Springfield, NJ 07081-0744

Windsor Lake Estates, L.L.C. Matrix.txt

J. Van Houten Electric, Inc.
27 Ironia Road
Flanders, NJ 07836


James A. Connors Associates, Inc.
225 Madison Avenue
PO Box 336
Morristown, NJ 07963-0336


James H. G. Naisby
11 Bunn Road
Hamburg, NJ 07419


Jersey Central Power & Light Co.
PO Box 16001
Reading, PA 19612-6001


John Feher, Inc.
239 Myrtle Avenue
Boonton, NJ 07005


John Feher, Inc.
Attn.Transworld Systems
PO Box 1864
Santa Rosa, CA 95402


Laura Broussard
8 Staffordshire
Sparta, NJ 07811


Lentini Paving Contractors, Inc.
Attn. Charles Turner, Esq.
Turner Law Firm, LLC
76 South Orange Ave., PO Box 526
South Orange, NJ 07079


Marcum LLP

Windsor Lake Estates, L.L.C. Matrix.txt

aka M&K Rosenfarb LLC
aka Marcum Rosenfarb LLC
101 Eisenhower Parkway
Roseland, NJ 07068


Marcum LLP
aka M&K Rosenfarb LLC
aka Marcum Rosenfarb LLC
4000 Route 66
Tinton Falls, NJ 07753


Marcum LLP
Attn. Jeffrey M. Rothbard, Esq.
Rothbard Rothbard Kohn & Kellar
50 Park Place, 12th Floor
Newark, NJ 07102


NJ Quality Drywall, Inc.
Attn. Larry L. Miller
1423 State Road
Duncannon, PA 17020


Northern Rain Irrigation Contractors
PO Box 338
Greendell, NJ 07839


Quality Stone Veneer, EP, LLC
Attn. Michael D. Ritigstein, Esq.
200 Haddon Avenue
Haddonfield, NJ 08033


Quality Stone Veneer, EP, LLC
PO Box 117
50 Refton Road
Refton, PA 17568


Raleia Construction, Inc.
Attn. Rose Marie Sardo, Esq.

Windsor Lake Estates, L.L.C. Matrix.txt

Sardo & Batista, PC
134 Wilson Avenue
Newark, NJ 07105


Randall and Joanna Beach
Attn. J. Craig Dickson, Esq.
Dickson & Dickson
548 Valley Road, Suite 4
Upper Montclair, NJ 07043


Riker Danzig Scherer Hyland Perretti LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981


Riva Concrete, Inc.
Attn. Andrew R. Turner, Esq.
Turner Law Firm, LLC
76 South Orange Ave., PO Box 526
South Orange, NJ 07079


Robert Giblin
82 Washington Street
Rumson, NJ 07760


Simply Stone
8948 Grady Drive
Breinigsville, PA 18031


Snyder's Nursery, LLC
PO Box 145
Greendell, NJ 07839


Sparta Water Utility
12 Park Lake Road
Sparta, NJ 07871

Windsor Lake Estates, L.L.C. Matrix.txt

State of New Jersey
Division of Taxation
Gross Income Tax
50 Barrack Street, PO Box 269
Trenton, NJ 08625


Township of Sparta
Attn. Lorraine Markey, Tax Collector
65 Main Street
Sparta, NJ 07871


Township of Sparta
Attn. Mary J. Coe, Municipal Clerk
65 Main Street
Sparta, NJ 07871


Township of Sparta
Attn. Philip Spaldi, Utilities Director
65 Main Street
Sparta, NJ 07871


Warren Lumber & Millwork, Inc.
Attn. Mitchell J. Malzberg, Esq.
Mitnick & Malzberg, PC
29 Race Street
Frenchtown, NJ 08825


Weiner Lesniak LLP
Attn. Louis I. Karp, Esq.
629 Parsippany Road
Parsippany, NJ 07054


Xcel Plumbing
Attn. David P. Wadyka, Esq.
DiFrancesco Bateman, et al.
15 Mountain Boulevard
Warren, NJ 07059-5611